IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA INTERACTIVE CORPORATION, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Civ. No. 12-1193-SLR |
| JOURNAL REGISTER COMPANY, ) ) ) | |
| Defendant. ) | |

ORDER

At Wilmington this 4th day of October, 2012, this matter having been stayed per the filing of a Chapter 11 bankruptcy petition by defendant;

IT IS ORDERED that the above-captioned case is **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the bankruptcy petition has been resolved so that the case may be reopened and other appropriate action may be taken.

_____
United States District Court